IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| STEVEN T. POTTS, Personal Representative of the ESTATE OF HOMER L. POTTS, deceased,<br><br>Plaintiff,<br><br>-vs-<br><br>THE UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,<br><br>Defendant. | Cause No. CV-18-91-GF-BMM<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** |

Plaintiff having moved the Court to dismiss this action with prejudice because it has been fully and finally settled and compromised on its merits, with each party to pay its own attorney fees and costs except as otherwise agreed in said settlement, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED this 13th day of May, 2019.

_____
Brian Morris
United States District Court Judge